IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH SCOTT | : | CIVIL ACTION |
| | : | |
| v. | : | No. 12-3751 |
| | : | |
| SUPT. SUARES, et al. | : | |

**ORDER**

AND NOW, this 19th day of September, 2012, upon careful and independent consideration of Petitioner Joseph Scott's pro se Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is ORDERED:

1. The Report and Recommendation (Document 4) is APPROVED and ADOPTED.

2. This case is TRANSFERRED to the United States District Court for the Western District of Pennsylvania.

3. The Clerk of Court is DIRECTED to forward all records and documents in this case to the Clerk of Court for the United States District Court for the Western District of Pennsylvania.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.